# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 2:13-cv-00018-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **2012 GMC SAVANA VAN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The trial of this matter is currently scheduled to commence without a jury during the first civil trial term beginning on or after August 4, 2014 in the Bryson City Division. [Doc. 15]. The closure of the Bryson City Division necessitates resetting this matter during a civil trial term in the Asheville Division.

**IT IS, THEREFORE, ORDERED** that the Pretrial Order and Case Management Plan [Doc. 15] is hereby **AMENDED**, and the trial of this matter shall be scheduled to commence without a jury during the first civil trial term beginning on or after **September 8, 2014** in the **Asheville Division**.

**IT IS SO ORDERED.**   Signed: January 15, 2014

Martin Reidinger
United States District Judge