# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:13cv18

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **2012 GMC SAVANA VAN, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Compel [# 22].  The Government moves pursuant to Rule 37 of the Federal Rules of Civil Procedure to compel Claimant to respond to the Government's First Interrogatories and First Request for Production.  Claimant did not respond to the motion.   Upon a review of the record, the Court **GRANTS** the motion [# 22] and **ORDERS** Claimant to respond to the Government's discovery requests within ten (10) days of the entry of this Order.   Failure to comply with this Order may result in the Court imposing sanctions against Claimant, including the possibility of the Court striking the Claimant's claim.

Signed: January 23, 2014



Dennis L. Howell
United States Magistrate Judge

1