# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 2:13-cv-00018-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| 2012 GMC SAVANA VAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Firearms [Doc. 41].

The Government seeks the dismissal of the firearms and ammunition named in this civil action on the grounds that the same firearms and ammunition have already been forfeited in the related criminal case, United States v. Rattler, Criminal Case No. 2:13-cr-00012-MR-DLH. For the reasons stated in the Government's motion, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Dismissal of Firearms [Doc. 41] is **GRANTED**, and the following property is hereby **DISMISSED** from this action:

Remington Arms Company Shotgun, .410 Caliber, Serial Number: None;

Mossberg Shotgun, .410 Caliber, Serial Number: R868749;

Ruger M77 Mark II Rifle, .223 Caliber, Serial Number: 79020164;

Winchester 94 Rifle, 30-30 Caliber, Serial Number: 5325134;

Ruger M77 Mark II Rifle, .260 Caliber, Serial Number: 78938531;

New England Pardner Shotgun, .20 Gauge, Serial Number: NA126821;

Mossberg 640KB Rifle, .22 Caliber, Serial Number: None;

Heritage MFG Rough Rider Revolver, .22 Caliber, Serial Number: HZ84675;

Walther P22 Pistol, .380 Caliber, Serial Number: LO45104;

Approximately 9 Rounds of Remington .22 Caliber Ammunition;

Beretta Pietro S.P.A. 84B Pistol, .380 Caliber Serial Number: B86344Y;

Approximately 3 Rounds of Hornaday Ammunition, .380 Caliber;

Ram-Line Inc. Exactor Pistol, .22 Caliber Serial Number: P57310044;

Unique D2 Pistol, .22 Caliber, Serial Number: 497877;

Smith & Wesson 66 Revolver, .357 Caliber, Serial Number: 9K51249;

Approximately 6 Rounds Assorted Ammunition, .357 Caliber;

Taurus 62 Rifle, .22 Caliber, Serial Number: UF1920;

Savage 67F Shotgun, .410 Caliber, Serial Number: A573188;

Taurus 72 Rifle, .22 Caliber, Serial Number: UE1264;

Henry Repeating Rifle H001, .22 Caliber, Serial Number: 052442;

Winchester 70 Rifle, .243 Caliber, Serial Number: G20044388;

Winchester 255 Rifle, .22 Caliber Serial Number: 171746;

Browning Rifle, .243 Caliber, Serial Number: 137RN12913;

Winchester 9422 Rifle, .22 Caliber, Serial Number: F594360;

Browning BPS Shotgun, .20 Gauge, Serial Number: 01048PX162;

Winchester 94 Rifle, 30-30 Caliber, Serial Number: 1998499;

Ithaca Gun Co. 37 Featherlight Shotgun, .20 Gauge, Serial Number: 371382311;

Interarms Rifle, Unknown Caliber, Serial Number: G441009;

Savage Rifle, .22 Caliber, Serial Number: None;

Winchester 94 Rifle, 30-30 Caliber, Serial Number: 6153035;

Unknown Rifle, Unknown Caliber, Serial Number: 292817;

Mossberg Rifle, Unknown Rifle, Serial Number: HHC037188;

Winchester Shotgun, Unknown Caliber, Serial Number: CE15822;

Winchester 1400MKII Shotgun, .12 Gauge, Serial Number: 403234;

Winchester 37 Shotgun, .12 Caliber, Serial Number: None;

Ruger 96 Rifle, .22 Caliber, Serial Number: 62033849;

Winchester 275 Rifle, .22 Caliber, Serial Number: 640536;

Winchester 1300 Ranger Shotgun, .12 Gauge, Serial Number: L2330961;

Colt Colteer Rifle, .22 Caliber, Serial Number: SC09714;

Rogue Rifle Company Inc., Chipmunk Rifle, .22 Caliber, Serial Number: 66863;

Ruger Standard Pistol, .22 Caliber, Serial Number: 1135839;

Beretta USA Corp 9000S Pistol, .40 Caliber, Serial Number: SN013058;

Davis Industries DM22 Handgun, .22 Caliber, Serial Number: 533175;

North American Arms Guardian Pistol, .22 Caliber, Serial Number: E176758;

Ruger Single Six Revolver, .22 Caliber, Serial Number: 6559187;

Ruger New MDL Sngl SX Revolver, .22 Caliber, Serial Number: 26475949; and

Mossberg 835 Ulti-Mag Shotgun, .12 Gauge, Serial Number: UM247866.

**IT IS SO ORDERED.**

Signed: August 29, 2014

Martin Reidinger
United States District Judge