IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:13-cv-00018-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | |
| ) | |
| 2012 GMC SAVANA VAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on motion of the United States for and Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983, and 21 U.S.C. § 881(a)(6). [Doc. 63].

For the reasons stated in the Government's Motion and no further response being necessary, the Motion is allowed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture against the following **DEFENDANT PROPERTY**:

**$48,900.00 in United States Currency**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world as to this Defendant property;

2. Any right, title and interest of all persons in the world in or to the Defendant Property $48,900.00 in United States Currency is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant Property $48,900.00 in United States Currency as provided by law.

4. The United States shall return the vehicles listed below to Jackie Rattler as stated in the Settlement Agreement filed with this Court [Doc 53]:

> 2012 GMC Savana Van
> VIN: 1GDS7DC40C1145561
>
> 2012 Toyota Tacoma
> VIN: 5TFLU4EN0CX032827
>
> 2012 F350 DRW Super Duty Pick Up Truck
> VIN 1FD8X3HT4CEC90700
>
> 2007 Harley Davidson FLHX Motorcycle
> VIN 1HD1KB4137Y627931

       2001 Harley Davidson FLSTC Motorcycle
       VIN 1HD1BJY111Y025282

and the aforementioned vehicles are hereby **DISMISSED** from this action.

**IT IS SO ORDERED.**

Signed: September 23, 2014

Martin Reidinger
United States District Judge